UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWIN JOHNSON, II,

    Plaintiff,                                       Civil Action No. 11-CV-10652

vs.                                              HON. BERNARD A. FRIEDMAN

JOSEPH THIVIERGE, et al.,

    Defendants.
_____/

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This matter is presently before the court on defendants' motion for summary judgment [docket entry 36] and plaintiff's motion for stay [docket entry 39]. Magistrate Judge David R. Grand has submitted a report and recommendation ("R&R") in which he recommends that the court grant defendants' motion, deny plaintiff's motion, and dismiss the complaint as to the unnamed defendants. No party has objected to the R&R and the time for doing so has expired. The court has reviewed the complaint, the motion papers and the R&R. The court finds that the magistrate judge has thoroughly and accurately analyzed the issues and that his recommendation is sound. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that defendants' motion for summary judgment [docket entry 36] is granted.

IT IS FURTHER ORDERED that plaintiff's motion for stay [docket entry 39] is denied.

IT IS FURTHER ORDERED that the complaint is dismissed as to the unnamed defendants.

Dated: July 5, 2012                             s/Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
                                                SENIOR UNITED STATES DISTRICT JUDGE