UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES EDWIN JOHNSON, II,

    Plaintiff,                                        Civil Action No. 11-CV-10652

vs.                                               HON. BERNARD A. FRIEDMAN

JOSEPH THIVIERGE, et al.,

    Defendants.
_____/

## **J U D G M E N T**

        The court has issued an order in this matter granting the named defendants' motion for summary judgment and dismissing the complaint as to the unnamed defendants. Accordingly,

        IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendants and against plaintiff.

                                                                          DAVID J. WEAVER
                                                                         CLERK OF COURT


                                                                         By: s/Michael Williams
                                                                             Deputy Clerk


Dated: July 5, 2012                                        s/Bernard A. Friedman
                                                                         BERNARD A. FRIEDMAN
                                                                         SENIOR U.S. DISTRICT JUDGE